# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Matsumoto, Kiyo A. | U.S. District Court (EDNY) | 8/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III | ☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | Residential coop: |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Teaching, |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 1/7/11-1/9/11 | San Francisco, CA | Committee meeting | Transportation, meals, lodging |
| 2. | ABA | 11/10-12/11 | Chicago, IL | Committee meeting | Transportation, meals, lodging |
| 3. | Goverment of South Korea, Ministry of Justice | 9/27-10/1/11 | Seoul, South Korea | Speaker at International Symposium | Transportation, meals, lodging |
| 4. | Harvard Unviersity School of Law | 2/26-27/11 and 3/22-24/11 | Cambridge,MA | Invited panelist at law school; second invitation for moot court competition | Transportation, meals, lodging |
| 5. | University of Pennsylvania School of Law | 1/29/11 | Philadelphia, PA | Invited panelist at law school | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | Tuition | L |
| 2. | Tuition | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank IRA & Savings Acct | B | Interest | K | T | | | | | |
| 2. HSBC(Accts) | A | Interest | J | T | | | | | |
| 3. Chase Bank, savings and checking | A | Interest | J | T | | | | | |
| 4. New England Variable Life | B | Interest | L | T | | | | | |
| 5. Charitable Remainder Trust (Northern Trust Securities) | E | Int./Div. | N | T | | | | | |
| 6. _____ Memorial Partnership (El Cerrito, CA) | D | Rent | L | W | | | | | |
| 7. Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 8. Charles Schwab IRA/Accts (inc. cust. accts ____ | B | Interest | K | T | Sold (part) | 09/01/11 | J | A | |
| 9. Colgate Palmolive (common) (part of item 8 above) | A | Int./Div. | J | T | Sold (part) | 09/01/11 | J | A | |
| 10. Procter & Gamble (common) (part of item 8 above) | A | Int./Div. | J | T | Sold (part) | 09/01/11 | J | A | |
| 11. Hewlett Packard (common) (part of item 8 above) | A | Int./Div. | J | T | Sold (part) | 09/01/11 | J | A | |
| 12. Time Warner (common) (part of item 8 above) | A | Int./Div. | J | T | | | | | |
| 13. Diversified Investment Thrift Plan | B | Int./Div. | N | T | | | | | |
| 14. NY State Edu. Fund: Moderate Age Opt., Conserv. Growth | A | Interest | J | T | | | | | |
| 15. Bank of America: savings and checking | A | Interest | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts:

Item 5: Charitable Remainder Trust/ Northern Trust Securities: Market value as of 12/31/11: $337,382.74
Dodge & Cox Income: $57,535.87
Vanguard GNMA: $81,052.48
Vanguard Longterm Invmt. Grade: $84,898.83
Money market: $13,895.56

Items 8-11:
Charles Schwab account was liquidated in September 2011 to make partial tuition payment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kiyo A. Matsumoto**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544